

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SCJ
F. #2019R00884

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 23, 2025

<u>By ECF</u>

The Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    United States v. Iskyo Aronov
       <u>Criminal Docket No. 19-408 (MKB)</u>

Dear Judge Brodie:

The government submits this letter to respectfully request that the Court adjourn the sentencing date for Iskyo Aronov, currently set for May 15, 2025, until after his co-defendants in the above-referenced case have been sentenced. The sentencing date for co-defendant Tomer Dafna is likely not to occur for several months as he is seeking new counsel. The defendant testified at the trial of co-defendant Avraham Tarshish, and additional testimony may be required from the defendant at future <u>Fatico</u> hearings. The defendant consents to this adjournment request.

Respectfully submitted,

JOHN J. DURHAM
United States Attorney

By:      /s/
         Shannon C. Jones
         Assistant U.S. Attorney
         (718) 254-6379

Cc: Kevin Keating, Esq.