

The Law Office of Kevin J. Keating, P.C.
666 Old Country Road, Suite 900
Garden City, NY 11530
516-222-1099 • 212-964-2702
kevin@kevinkeatinglaw.com
Garden City • Manhattan

January 23, 2026

**VIA ECF**
Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  **United States v. Aronov**
**19-CR-408 (MKB)**

Dear Judge Brodie:

As Your Honor is aware, I represent Isaac Aronov.  Mr. Aronov was originally arrested in this matter in September, 2019, and released on bail conditions which included customary travel limitations.  Aronov has lived in Florida with his wife and children throughout the pendency of this case, and his travel restrictions allow him to freely travel within the State of Florida and New York.  Your Honor recalls that Aronov testified as a Government cooperator in this case.  Finally, I note that during the seven year pendency of this matter, Aronov has been fully compliant with the terms of his release.

Mr. Aronov seeks to travel to Puerto Rico for three days, from January 26-29, 2026.  The purpose of the trip is to visit a longtime friend of Aronov's.  If permission is granted, of course Mr. Aronov will supply his Pretrial Services Officer with a detailed itinerary of his travel.  I have conferred with Pretrial Services Officer Mallori Brady and Aronov's Florida Pretrial Services Officer Jorge Ferdinand, who offer their consent.  Additionally, I have conferred with AUSA Jones, who defers to Pretrial Services.

Thank  you for your consideration.

Very truly yours,

/s/ *Kevin J. Keating*

KEVIN J. KEATING

KJK/dg

cc:    AUSA Shannon Jones
       Officer Mallori Brady
       Officer Jorge Ferdinand